U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 SEP -8 PM 3: 11

CLERK

BY /s/ AW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TERESA GADE ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Case No. 5:14-cv-048-cr |
| ) | |
| STATE FARM MUTUAL AUTO. INS. CO. ) | |
|    Defendant ) | |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41, the parties, by their attorneys, stipulate and agree that this action shall be "DISMISSED WITH PREJUDICE," with each party to pay their own costs and attorney's fees and with all rights of appeal waived.

Date: September 8, 2016

TERESA GADE

/s/ Todd D. Schlossberg
Todd D. Schlossberg, Esq.
Counsel for Plaintiff
tds@geenmountainlaw.com
(802) 860-2600

Date: September 8, 2016

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

/s/ Richard H. Wadhams. Jr.
Richard H. Wadhams, Jr., Esq.
Counsel for Defendant
(802) 863-2888

**ORDERED**: This action is hereby DISMISSED WITH PREJUDICE.

Dated: 9/8/16

Hon. Christina C. Reiss
Chief United States District Court Judge